Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination                                                                                   FILED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

2022

_____Alexandria_____ Division

| | | |
|---|---|---|
| Faisal Mahmud | ) | Case No. 1:22CV 800 RDA/JFA |
| | ) | (to be filled in by the Clerk's Office) |
| _Plaintiff(s)_ | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) | Jury Trial: _(check one)_  ☐ Yes  ☑ No |
| -v- | ) | |
| | ) | |
| George Mason University, Charles R Kreitzer, and Janette K Muir | ) ) ) | |
| _Defendant(s)_ | ) ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Faisal Mahmud |
| Street Address | 545 Triadelphia Way |
| City and County | Alexandria, Fairfax |
| State and Zip Code | Virginia-22312 |
| Telephone Number | (757) 288-3945 |
| E-mail Address | fmahm001@gmail.com |

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**Defendant No. 1**

| | |
|---|---|
| Name | George Mason University |
| Job or Title (if known) | |
| Street Address | 4400 University Dr |
| City and County | Fairfax, Fairfax |
| State and Zip Code | Virginia-22030 |
| Telephone Number | (703) 993-2606 |
| E-mail Address (if known) | srochell@gmu.edu |

**Defendant No. 2**

| | |
|---|---|
| Name | Charles R Kreitzer |
| Job or Title (if known) | Executive Director for Online Operations |
| Street Address | 420 Innovation Hall, MSN 6A7, 4400 University Drive |
| City and County | Fairfax, Fairfax |
| State and Zip Code | Virginia-22030 |
| Telephone Number | (603) 707-7352 |
| E-mail Address (if known) | ckreitze@gmu.edu |

**Defendant No. 3**

| | |
|---|---|
| Name | Janette K Muir |
| Job or Title (if known) | Vice Provost, Academic Affairs |
| Street Address | MSN 1D9, 4400 University Drive |
| City and County | Fairfax, Fairfax |
| State and Zip Code | Virginia-22030 |
| Telephone Number | (703) 993-8891 |
| E-mail Address (if known) | jmuir@gmu.edu |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | George Mason University |
| Street Address | 4400 University Drive |
| City and County | Fairfax, Fairfax |
| State and Zip Code | Virginia 22030 |
| Telephone Number | (703) 993-1000 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Discrimination on the basis of race, color, religion, and national or

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
06/15/2020 to April 26, 2022, 05/4/2021, 11/05/2021, 12/09/2021, 12/14/2021, 01/29/2022 to 03/28/2022

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☑ race — Please see the attached document
- ☑ color — Please see the attached document
- ☐ gender/sex
- ☑ religion — Please see the attached document
- ☑ national origin — Please see the attached document
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

    i. Defendant(s) failed to protect my civil rights and discriminated against me based on my race, color, religion, and national origin.
    ii. Defendant(s) threatened me when I wanted to file a complaint with HR. Defendant(s) asked me to settle things with them and NOT to go to HR. Defendant(s) retaliated against me.
    iii. Defendant(s) harassed, abused, and verbally charged me because of my religious belief.
    iv. Defendant(s) exhibited derogatory and unprofessional attitude and behavior in the workplace.

Continued on additional documents due to space constraint: "Section III. E: Details of the Complaint".

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
04/29/2022 (initial complaint was filed on 02/02/2022)

B.     The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*    05/02/2022

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking USD One Million ($1,000,000) in monetary compensation for actual and general compensatory damages.

Continued on additional documents due to space constraint: "Section V: Relief".

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/15/2022

Signature of Plaintiff

Printed Name of Plaintiff: Faisal Mahmud

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
__Alexandria__ DIVISION

FILED

2022 JUL 17 P 3: 17

_____Faisal Mahmud_____
Plaintiff(s),

v.

George Mason University, Charles R Kreitzer,
and Janette K Muir
Defendant(s).

Civil Action Number: 1:22CV800
RDA/JFA

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of <u>Complaint for Employment Discrimination.</u>**
**(Title of Document)**

_Faisal Mahmud_
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: ___07/15/2022___ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
**(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA
__Alexandria__ DIVISION

Faisal Mahmud

Plaintiff(s),

v.

George Mason University,
Charles R Kreitzer, and
Janette K Muir

Defendant(s).

## Details about Pro Se Litigant:

1. My name: Faisal Mahmud

2. My address: 545 Triadelphia Way, Alexandria, VA -22312

3. My phone number: 757-288-3945 (cell). My email is: fmahm001@gmail.com

### List of Documents Submitted

1. Civil Cover Sheet
2. Complaint for Employment Discrimination
    a. Additional Details for Section III.E: Details of Complaints
    b. Additional Details for Section V: Relief
3. Ghostwriting Certification
4. EEOC Letter of Right to Sue

### DECLARATION

I, the undersigned, declare under penalty of perjury that the statements made in the above information are true and correct to the best of my knowledge, information, and belief.

(sign) _____         07.15.2022
                                        Date